UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Dave Andrae Taylor

   v.                                     Civil No. 16-cv-153-PB

Warden, Federal Correctional Institution,
Berlin, New Hampshire

**REPORT AND RECOMMENDATION**

    FCI Berlin inmate Dave Andrae Taylor's petition for a writ of habeas corpus (Doc. No. 1), under 28 U.S.C. § 2241, seeks to expunge a disciplinary conviction, relating to charge code 203. Respondent moves to dismiss (Doc. No. 6), asserting that the disciplinary conviction at issue, Incident Rep. No. 2661575, relating to charge code 203, was expunged by the Bureau of Prisons on September 27, 2016. Taylor has not objected to the motion to dismiss.

    For reasons stated in the motion to dismiss (Doc. No. 6), the § 2241 petition is moot and should be dismissed. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the District Court's order. See Garayalde-Rijos v. Mun. of Carolina, 747 F.3d 15,

21-22 (1st Cir. 2014).

_____
Andrea K. Johnstone
United States Magistrate Judge

November 28, 2016

cc: Dave Andrae Taylor, pro se
　　 Seth R. Aframe, Esq.