UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dave Andrae Taylor

  v.            Civil No. 16cv153-PB

FCI Berlin, Warden

O R D E R

After due consideration of the Petitioner's Objection to Respondent's to Motion to Dismiss for Mootness, Doc. #8, filed December 12, 2016, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 28, 2016, and grant Respondent's Motion to Dismiss for Mootness, Doc. #6.

  SO ORDERED.

              /s/ Paul Barbadoro
              _____
              Paul Barbadoro
              U. S. District Judge

Date: December 21, 2016

cc: Dave Andrae Taylor, pro se
   Seth R. Aframe, Esq.